# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 14, 2015

**To:**   Laura A. Briggs
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-3770
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> JARED S. FOGLE,
> Defendant - Appellant

> District Court No: 1:15-cr-00159-TWP-MJD-1
> Clerk/Agency Rep Laura A. Briggs
> District Judge Tanya Walton Pratt
> Court Reporter David W. Moxley
>
> Date NOA filed in District Court: 12/14/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)