UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff-Appellee, ) | |
| ) | |
| v. ) | Appellate Case No: 15-3770 |
| ) | |
| JARED S. FOGLE, ) | |
| ) | |
|     Defendant-Appellant. ) | |

**APPELLANT'S UNOPPOSED MOTION FOR A 25 –DAY ENLARGEMENT
OF TIME WITHIN WHICH TO FILE APPELLANT'S
<u>BRIEF AND APPENDIX</u>**

    Appellant, Jared S. Fogle ("Fogle"), by counsel, pursuant to Rule 26(b), F. R. App. P., and Circuit Rule 26, respectfully moves this Court for a twenty-five (25) day enlargement of time, from the current due date of Monday, January 25, 2016, to and including Friday, February 19, 2016, within which to file Appellant's brief and Appendix, and as grounds therefor states that:

    1.    Counsel for Fogle will suffer extreme hardship unless the requested enlargement of time is granted in that, having been diagnosed in January, 2015, with prostate cancer that metastasized to his lymph nodes, said counsel was placed on a regimen of Lupron injections (leuprolide acetate) which, beginning on December 23, 2015, began to have significant adverse effects consisting of frequent hot flashes (flushing), increased heavy sweating, chills, debilitating fatigue and dizziness: conditions that are aggravated by the medications amlodipine besylate 10 mg (daily) and metoprolol succinate 150 mg (daily), the side effects of which are dizziness, drowsiness and flushing, which counsel must take for high blood pressure caused, in turn, by the

immunosuppressants prograf and cellcept which are taken by counsel daily to prevent rejection of said counsel's July 13, 2010 kidney transplant. The foregoing reactions became increasingly significant when counsel developed a cold which produced a dry, incessant hacking cough which exacerbated counsel's emphysema, the latter condition having responded to treatment as of Monday, January 11th. The foregoing medical conditions seriously limited counsel's ability to work until January 11th, prior to which counsel recuperated at home.

2.  Additionally, having returned to an almost full-time work schedule, counsel has arranged for other attorneys, including an associate, Bradley Dick, in his law firm to assist him with regard to preparation of the Brief and Appendix, just in case any medical situation again arises that impedes counsel's ability to complete the work required.

3.  Moreover, Fogle's defense counsel has been involved in working in other unrelated litigation, including on behalf of the Appellee with regard to an appeal before the Indiana Court of Appeals in the case captioned *Sheets v. Birkey, et al,* Cause No. 20A04-1509-PL-01620, an appeal from the Elkhart Superior Court I, trial cause number 20D01-1309-PL-222, in which the Brief of Appellee is due on or about February 8, 2016, which time is subject to being enlarged for good cause shown, and in that:

> a.  Counsel is required by court order to participate with his client in an all-day settlement effort before Magistrate Judge Mark Dinsmore on Friday, January 15, 2016, commencing at 9:00 a.m. in the case captioned *United States Securities and Exchange Commission v. Veros Partners, Inc., Matthew D. Haab, Jeffery B. Risinger, et al*, Case No. 1:15-cv-00659-JMS-MJD, prior to which said counsel and the SEC engaged in extensive settlement discussions and reviewed numerous documents; and

b. Fogle's counsel will be preparing jury instructions and related motions for a final February 1, 2016 pretrial conference in *Oasis Radio 1 Corp, et al v. Bruce Boxberger and Carson Boxberger, LLP,* an attorney malpractice action in the Allen Superior Court, Case No. 02-D01-1308-CT-375, in which the trial by jury, first choice, begins February 22, 2016. To alleviate the trial burden, Fogle's counsel has a fellow partner take the lead in this case; and in that

c. On January 28, 2016, at 8:30 a.m., Fogle's counsel is required to appear before the Medical Licensing Board of Indiana for a hearing on behalf of Cortney Schwartz, M.D.; and in that

d. Fogle's counsel with assistance from local counsel prepared and filed two Motions to Dismiss with supporting memoranda of law on behalf of two defendants, IBJ Book Publishing, LLC and Dick Cady who were sued with others for an alleged violation of the right of privacy and for injunctive relief in the Jefferson (Kentucky) Circuit Court, Division Three, in Case No. 15-CI-005391, captioned *Hornback, et al v. Powell, et al,* in which a reply brief is due on February 19, 2016 but with regard to which Fogle's counsel has obtained the services of an associate, Philip Zimmerly, to prepare said brief; and in that

e. Fogle's counsel must respond by February 2, 2016 to two nursing licensing nonpublic matters pending before the Consumer Protection Division of the Office of the Attorney General of Indiana, File Nos. 01-CP-61509- and 15-CP-61339,

all of which, combined with the other aforementioned factors, necessitate the requested 25-day enlargement of time to Friday, February 19, 2016, within which to file the Appellant's Brief and Appendix, as it will not be possible to file the brief on or before January 25, 2016, without such enlargement of time.

4. Appellee's counsel, Steven D. DeBrota, has been notified of this requested enlargement of time and has no objection to the requested 25-day enlargement of time to February 19, 2016, within which to file Appellant's Brief and Appendix. A copy of the motion has been provided to opposing counsel as well as counsel's accompanying affidavit pursuant to Circuit Rule 26.

WHEREFORE, Appellant, Jared S. Fogle, by counsel, respectfully moves this Court for a twenty-five (25) day enlargement of time from January 25, 2016, to and including February 19, 2016, within which to file Appellant's Brief and Appendix.

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Jared S. Fogle, Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2016, a copy of the foregoing Appellant's Unopposed Motion for a 25-Day Enlargement of Time Within Which to File Appellant's Brief and Appendix was filed electronically and a copy has been served via email on the following counsel:

        Steven D. DeBrota, Esq.
        steve.debrota@usdoj.gov

        *s/ Ronald E. Elberger*
        Ronald E. Elberger

2903652_1/26613-04