UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | Appellate Case No: 15-3770 |
| ) | |
| JARED S. FOGLE, ) | |
| ) | |
| Defendant-Appellant. ) | |

**DECLARATION OF RONALD E. ELBERGER**

Ronald E. Elberger, pursuant to Circuit Rule 26 and 28 U.S.C. §1746, declares and states, under the penalty for perjury, that:

1. I am an adult, competent to make this Declaration, and a member of the Bar of the United States Court of Appeals for the Seventh Circuit. I am counsel of record for the Defendant-Appellant, Jared S. Fogle.

2. As counsel for Fogle I will suffer extreme hardship unless the requested enlargement of time is granted in that, having been diagnosed in January, 2015, with prostate cancer that metastasized to my lymph nodes, I was placed on a regimen of Lupron injections (leuprolide acetate) which, beginning on December 23, 2015, began to have significant adverse effects consisting of frequent hot flashes (flushing), increased heavy sweating, chills, debilitating fatigue and dizziness: conditions that are aggravated by the medications amlodipine besylate 10 mg (daily) and metoprolol succinate 150 mg (daily), the side effects of which are dizziness, drowsiness and flushing, which I must take for high blood pressure caused, in turn, by the immunosuppressants prograf and cellcept which are taken by me daily to prevent rejection of my

July 13, 2010 kidney transplant. The foregoing reactions became increasingly significant when I developed a cold which produced a dry, incessant hacking cough which exacerbated my emphysema, the latter condition having responded to treatment as of Monday, January 11th. The foregoing medical conditions seriously limited my ability to work until January 11th, prior to which I recuperated at home.

3. Additionally, having just returned to an almost full-time work schedule, I arranged for other attorneys, including an associate, Bradley Dick, in my law firm to assist me with regard to preparation of the Brief and Appendix, just in case any medical situation again arises that impedes my ability to complete the work required.

4. Moreover, I have been involved in working in other unrelated litigation, including on behalf of an Appellee with regard to an appeal before the Indiana Court of Appeals in the case captioned *Sheets v. Birkey, et al,* Cause No. 20A04-1509-PL-01620, an appeal from the Elkhart Superior Court I, trial cause number 20D01-1309-PL-222, in which the Brief of Appellee is due on or about February 8, 2016, which time is subject to being enlarged for good cause shown, and in that:

> a. I am required by court order to participate with my client in an all-day settlement effort before Magistrate Judge Mark Dinsmore on Friday, January 15, 2016, commencing at 9:00 a.m. in the case captioned *United States Securities and Exchange Commission v. Veros Partners, Inc., Matthew D. Haab, Jeffery B. Risinger, et al*, Case No. 1:15-cv-00659-JMS-MJD, prior to which I engaged in extensive settlement discussions with the SEC and reviewed numerous documents; and

    b. I will be preparing jury instructions and related motions for a final February 1, 2016 pretrial conference in *Oasis Radio 1 Corp, et al v. Bruce Boxberger and Carson Boxberger, LLP,* an attorney malpractice action in the Allen Superior Court, Case No. 02-D01-1308-CT-375, in which the trial by jury, first choice, begins February 22, 2016. To alleviate the trial burden, I have a fellow partner take the lead in this case; and in that

    c. On January 28, 2016, at 8:30 a.m., I am required to appear before the Medical Licensing Board of Indiana for a hearing on behalf of Cortney Schwartz, M.D.; and in that

    d. I, with assistance from local Kentucky counsel, having been admitted pro hac vice, prepared and filed two Motions to Dismiss with supporting memoranda of law on behalf of two defendants, IBJ Book Publishing, LLC and Dick Cady who were sued with others for an alleged violation of the right of privacy and for injunctive relief in the Jefferson (Kentucky) Circuit Court, Division Three, in Case No. 15-CI-005391, captioned *Hornback, et al v. Powell, et al,* in which a reply brief is due on February 19, 2016 but with regard to which I obtained the services of an associate, Philip Zimmerly, to prepare said brief; and in that

    e. I must respond by February 2, 2016 to two nursing licensing nonpublic matters pending before the Consumer Protection Division of the Office of the Attorney General of Indiana, File Nos. 01-CP-61509- and 15-CP-61339,

all of which, combined with the other aforementioned factors, necessitate the requested 25-day enlargement of time to Friday, February 19, 2016, within which to file the Appellant's Brief and

Appendix, as it will not be possible for me to file the brief on or before January 25, 2016, without such enlargement of time.

5.	I notified Appellee's counsel, Steven D. DeBrota, by email of this requested enlargement of time. Mr. DeBrota has no objection to the requested 25-day enlargement of time to February 19, 2016, within which to file Appellant's Brief and Appendix. I also provided a copy of the motion to opposing counsel as well as counsel's accompanying affidavit pursuant to Circuit Rule 26 prior to filing them with this Court.

I declare and state under penalty of perjury that the foregoing statements and representations are true and correct of my own personal knowledge.

Dated: January 13, 2016

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Jared S. Fogle, Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2016, a copy of the foregoing Declaration of Ronald E. Elberger has been served via email on the following counsel:

> Steven D. DeBrota, Esq.
> steve.debrota@usdoj.gov

*s/ Ronald E. Elberger*
Ronald E. Elberger

2903704_1 /26613-04