# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

## NO. 15-3770

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff-Appellee,** | ) | **Appeal from the** |
| | ) | **United States District Court** |
| **v.** | ) | **Southern District of Indiana** |
| | ) | **Indianapolis Division** |
| **JARED S. FOGLE,** | ) | **No. 1:15-cr-00159-TWP-MJD-1** |
| **Defendant-Appellant.** | ) | _____ |
| | ) | **Honorable Tanya Walton Pratt** |
| | ) | **District Judge** |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Bob Wood, Assistant United States Attorney for the Southern District of Indiana, and enters

his appearance as counsel for the Appellee.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    _s/Bob Wood_____
        Bob Wood
        Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2016, a copy of the foregoing Appearance was filed

electronically.  Notice of this filing will be sent to the parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


By:     Bob Wood
        Bob Wood
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market Street, Suite 2100
        Indianapolis, IN 46204-3048
        Telephone: (317) 226-6333
        Fax:  (317) 226-6125
        Email:  bob.wood@usdoj.gov