IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES, | ) | USCA No. 15-3770 |
| | ) | |
| Plaintiff-Appellee, | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| v. | ) | District of Indiana, |
| | ) | Indianapolis Division |
| JARED FOGLE, | ) | |
| | ) | USDC No. 1:15-cr-159 |
| Defendant-Appellant. | ) | Tonya Walton Pratt, *Judge*. |

**GOVERNMENT'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Plaintiff-Appellant, UNITED STATES OF AMERICA, by JOSH J. MINKLER, United States Attorney for the Southern District of Indiana, respectfully moves the Court for an extension of time within which to file the Brief of the Appellee in the above-captioned cause, and in support thereof states:

1. Jared Fogle is currently serving a 188-month prison sentence.

2. The government's response is due March 21, 2016.

3. The government has not sought a prior extension in this case.

4. For the reasons set forth in counsel's affidavit, submitted pursuant to Circuit Rule 26 and attached hereto, counsel believes that the brief cannot be completed prior to April 21, 2016.

5. Counsel respectfully requests an extension of time through and including at least April 21, 2016.

WHEREFORE, counsel for the government requests an extension of time within which to file the government's brief, and for any and all other proper relief.

                        Respectfully submitted,

                        JOSH J. MINKLER
                        United States Attorney

By:   s/Steve DeBrota
       STEVEN DEBROTA
       Senior Litigation Counsel
       10 W. Market Street, Suite 2100
       Indianapolis, IN 46204
       (317) 229-2441

**AFFIDAVIT IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

I, Steven DeBrota, counsel for Appellee, United States of America, state as follows:

1. Undersigned counsel represented the United States at all phases of the case before the instant appeal.

2. Undersigned counsel is currently engaged in six separate and active grand jury investigations involving crimes against children cases arising from his work as the Project Safe Childhood Coordinator for the Southern District of Indiana. These matters are currently charged by criminal complaint and require indictment during the next few weeks. The Undersigned counsel has specialized experience and training in such cases, including the interviewing of child victims. These matters include *United States v Kyle Cox*, 1:16-mj-96-MJD (a coercion and enticement case involving a teacher and minor victim); *United States v Lance Kyer*, 1:16-mj-31-DML (a coercion and enticement case involving a teacher and minor victim); *United States v James Ingle*, 1:16-mj-25-DML (a child pornography case trafficking case); *United States v Chato Patterson*, 1:15-mj-00757 (a child pornography conspiracy and trafficking case); *United States v Sean Donnelly*, 1:16-mj-00042-DML (a production of child pornography cases with minor victims); *United States v Michael Arthur*, 1:15-mj-00936-DKL (a child pornography trafficking case). These matters require Indictment or substantial attention in the next 30 days.

3. Undersigned counsel is sole counsel in a public corruption and federal tax criminal case, which must be charged shortly due to statute of limitations

concerns. This matter involves numerous documents and has been under investigation for 3 years.

4. Undersigned counsel must represent the United States in two contested sentencing hearings in the next two weeks. No other prosecutor has been involved in these matters, which include more than 20 minor victims of sexual exploitation and extortion in *United States v Spencer Wheeler*, 1:14-cr-176-RLY. The other matter, *United States v Sheridan Tom*, 1:14-cr-00036-TWP, is a child pornography trafficking case.

5. Undersigned counsel must represent the United States in *United States v Craig Amet*, 1:15-cr-103-TWP, a child exploitation trial scheduled for March 28, 2016, as well as *United States v Donald Gulley*, 1:15-cr-88-WTL, a child pornography trafficking case scheduled for trial on April 4, 2016.

6. In light of the above deadlines, with due diligence and giving proper priority to the preparation of the brief, I do not feel that I can submit the brief until the date requested.

7. Undersigned counsel was the only federal prosecutor working on *United States v. Jared Fogle* in the District Court. The case included factually complex sentencing issues and pleadings, making counsel's participation in the drafting of the instant Appellee Brief central to the government's advocacy efforts in this case.

8. The United States Attorney's Office has been informed that the Appellant's counsel has no objection to the granting of this extension of time to file the Appellee's brief.

s/Steve DeBrota<br>
STEVEN DEBROTA<br>
Senior Litigation Counsel<br>
10 W. Market Street, Suite 2100<br>
Indianapolis, IN 46204<br>
(317) 229-2441

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Ronald Edward Elberger
relberger@boselaw.com

s/Steve DeBrota<br>
STEVEN DEBROTA<br>
Senior Litigation Counsel<br>
10 W. Market Street, Suite 2100<br>
Indianapolis, IN 46204<br>
(317) 229-2441