# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 9, 2016

*By the Court:*

| | |
|---|---|
| No. 15-3770 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>JARED S. FOGLE, Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:15-cr-00159-TWP-MJD-1<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

Upon consideration of the **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on March 4, 2016, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that briefing shall proceed as follows:

1. The brief of the appellee is due by April 18, 2016.

2. The reply brief of the appellant, if any, is due by May 2, 2016.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)