

**BOSE**
**McKINNEY**
**& EVANS LLP**

ATTORNEYS AT LAW

**Ronald E. Elberger**
Direct Dial: (317) 684-5195
Fax: (317) 223-0195
E-Mail: RElberger@boselaw.com

March 16, 2016

Clerk
United States Court of Appeals
  for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      Re:   *United States of America v. Jared S. Fogle*
            No. 15-3770
            Circuit Rule 34(b)(3) request regarding scheduling of oral argument

Dear Clerk:

      Pursuant to Circuit Rule 34(b)(3), as counsel for the appellant, Jared S. Fogle, I respectfully request that the Court avoid scheduling oral argument in the above-referenced appeal during the period from May 24th through and including June 6, 2016, during which my family and I will be on a preplanned and prepaid driving vacation to Boston, Massachusetts for a celebratory family event and to Long Branch, NJ to visit with elderly family members. Additionally, I also request that the Court avoid scheduling oral argument during the period from June 30 through and including July 6, 2016, during which time counsel for Fogle would like to spend the July 4th break with his family at their Johnson County, Indiana lake home.

                                                Respectfully submitted,

                                                Ronald E. Elberger

REE:mhw
cc:    Steve DeBrota, Esq.
2960160_1

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/_____

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/_____