**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**SENTENCING LETTERS**

DEFENDANT JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS
and ANDREW DEVOOGHT, respectfully submits to the Court the attached sentencing letters.

Dated:   November 13, 2015          By:     /s/ Andrew DeVooght

Jeremy Margolis
Andrew DeVooght
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL  60647
Telephone: 312.464.3100
Facsimile: 312.464.3111
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via

the Court's CM/ECF system on this 13th day of November.


November 13, 2015                                  By:  /s/ Andrew DeVooght
                                                        Andrew DeVooght



# Congregation Beth-El Zedeck

600 West 70th Street • Indianapolis, Indiana 46260 • (317) 253-3441
Fax (317) 259-6849 • www.bez613.org • bez613@bez613.org

November 9, 2015

**SENIOR RABBINIC CHAIR**
*endowed by*
MELVIN AND BREN SIMON

DR. DENNIS C. SASSO
*Senior Rabbi*

HAL B. SCHEVITZ
*Assistant Rabbi*

DR. SANDY EISENBERG SASSO
*Senior Rabbi Emerita*

MELISSA COHEN
*Cantor*

ROBERT ZALKIN
*Cantor Emeritus*

SHARI LIPP-LEVINE
*Executive Director*

GEORGE KELLEY
*Education Director*

JOANIE WALDMAN
*Early Childhood Director*

The Honorable Tanya Walton Pratt
46 East Ohio Street
Room 330
Indianapolis, IN 46204

Dear Judge Walton Pratt,

I write this letter as a character reference for Jared Fogle who is to appear before your court for sentencing this month.

My wife Sandy and I have known Jared from the time of his birth. He was one of the very first babies I named and blessed upon assuming my position at Beth-El Zedeck in 1977. Jared's parents and extended family have been dear friends and active members of the congregation. His father, Norman, is a respected physician in the community, and his mother, Adrienne (Ado) is a beloved teacher in our school program.

When Jared was thirteen, the family traveled with us to Israel for the celebration of his Bar Mitzvah. I have maintained close contact with the family through various life cycle events, including Jared's college years, his discipline in losing weight and his fateful transition to celebrity status.

The revelations surrounding Jared's offenses came to us as a surprise. My association with Jared during his adult years revealed a caring, responsible and engaged parent and member of the community. Whatever circumstances and choices led him to his present predicament are not within my purview to explain, but I can state with confidence that he is contrite, embarrassed and pained by the hurt he has caused others and his family, and is eager to return to a better path. I have visited pastorally with Jared several times over the past months. He has assumed responsibility for his behaviors, sought therapy and is prepared to do whatever is necessary to rebuild his life and return to righteous and productive living.

We trust that your Honor will issue a fair punishment that might not become a long-term hardship upon an already chastened person. You can be assured that following the completion of his sentence, Jared's family and I will continue to be there to offer him guidance, encouragement and support.

Sincerely,

Dennis C. Sasso
Senior Rabbi

*Affiliated with the United Synagogue of Conservative Judaism and the Jewish Reconstructionist Federation*



Honorable Tanya Walton Pratt
46 East Ohio Street, Room 330
Indianapolis, IN 46204

November 10, 2015

Dear Judge Pratt,

This letter is written concerning Jared S. Fogle (DOB 8/23/77) and is sent to
you under a HIPPA-compliant release signed by him. His attorney, Andrew
DeVooght asked me to write to you.

Mr. Fogle was my client from September 4 to October 9, 2015. During that
time, he attended six counseling sessions and demonstrated a high level of
commitment to his therapeutic work: he completed all between-session
assignments, attended Sex Addicts Anonymous meetings as directed (once his
probation officer gave approval), and was painfully honest about his attitudes
and behaviors. He was highly cooperative and appeared to desire recovery.

So that you may know of my qualifications to present the services rendered,
my credentials include the following: I am a Licensed Clinical Social Worker
(Indiana license number 34004533A), Certified Alcohol and Drug Addiction
Counselor II (Indiana addictions credential) and Master Addiction Counselor
(highest national addictions credential).

Sincerely,

Chris Countryman, LCSW, MAC

Stephen I Calderon
1131 Pimbury Court
Indianapolis, Indiana 46260

October 28, 2015

The Honorable Tanya Walton Pratt
46 East Ohio St.
Room 330
Indianapolis, Indiana 46204

Dear Judge Pratt,


My name is Stephen I Calderon, and I am an uncle of Jared Fogle. My
wife Marlene is Jared's mother's sister. I am from Indianapolis and have
lived here all of my adult life. I am retired now, but was involved in our
family business Calderon Brothers Vending Machines for over thirty-
five years and served as President for fifteen years until our sale in
2008. We have four adult children who are directly and indirectly
involved in secondary and post secondary education.

As Jared's uncle and as a parent I was very distressed to learn of what
Jared had done. This was so contrary to the person we know and love.
When I began my relationship with my wife in 1982, I met Jared. He was
a good kid and served as our ring bearer for our wedding in 1983.

Over the years I watched Jared grow up, and he was always a pleasure
to be around. I know that despite having great parents, his adolescent
years were very difficult for him because of his weight issues. I know it
was tough for him, but he never complained. When I read his book
"Winning through Losing" I gained more insight into all of the emotional
trauma he went through during this period.

When Jared lost his excess weight we were so happy for him. Probably
the best thing was that his health was no longer in danger.  We were
also proud of the fact that  after he lost his weight, through fortuitous
events, he was able to channel his efforts into an inspiration for others
on how they could turn their lives around. Even my brother's son, who

had dealt with weight issues, was inspired by the "Subway type" diet and lost weight through it. I know that Jared was passionate about helping people lose weight.

As Jared's fame grew I was impressed by how he remained "down to earth."

I truly believe that Jared is a good person who did some unacceptable things. I understand, as Jared does, that there have to be consequences for his actions. Jared has taken the first steps by recognizing that he has a problem and seeking treatment for it.  He has also accepted responsibility for it.

I pray that you show some leniency in your sentencing for Jared so that when he re-enters society he can be a father to his children and an asset to society.


Sincerely,

Stephen I Calderon

Marlene Zendell Calderon
1131 Pimbury Court
Indianapolis, Indiana 46260
317-846-1237

October 28, 2015

The Honorable Tanya Walton Pratt
46 E. Ohio Street
Room 330
Indianapolis, Indiana 46204

Dear Judge Pratt,

I am a retired lawyer who served as a clerk for the Honorable Patrick D. Sullivan,
Second District, Indiana Court of Appeals and later as a corporate lawyer at Stokely-
Van Camp and then Inland Container Corporation. I am also Jared Fogle's aunt and
watched him grow up. During his adolescence, his obesity made his life difficult.
Much of his time was spent watching T.V. and playing video games.  He didn't seem
to enjoy socializing even at family events, was lonely and had few friends.

Once he lost his excess weight in college, his personality emerged. As his career as a
spokesman for Subway began, he gained confidence and became warm, outgoing,
and funny. We were all so proud of him and the fact that his new- found fame did
not change him. As his celebrity status grew, he continued to be the same down- to-
earth, regular guy. He was quite generous -- quick to supply an autograph with a
smile and always eager to take family members along when he was shooting a
commercial or attending an event to promote Subway.

Once he married and had children, I saw him become a good and attentive parent.
He made sure to carve out family time. Still, family dinners hosted at his house were
never fancy affairs. They often consisted of Chinese take out served on paper plates.
Grateful for his new life, he created a foundation to address childhood obesity. He
spoke free of charge to countless schools throughout the country hoping to
encourage kids to eat healthier and be more active.  He was truly an inspiration to
others.

After the allegations of illegal activities surfaced this summer, Jared asked my
husband and I to come to his parents' house. There he candidly confessed that he
had made some very bad choices. He admitted to his interactions with a 16 year old
prostitute and his receipt of pornography, some of which included photos of minors.
He said he hoped we could forgive him, he recognized that his actions were illegal
and wrong, and he was taking responsibility for his actions. His words were
heartfelt and he was truly remorseful. He told us he would be setting up funds to
help the victims and hoped to move forward to become a productive citizen again.
He assured us he was seeing a psychiatrist as well as a therapist, would be attending

Sexual Addiction Anonymous meetings and hoped to go to a treatment facility to begin to understand his addiction and change his behavior.

I was shocked to hear of his behavior and in no way condone it, but I see Jared as someone who has a serious addiction, admits it, and sincerely wants to be a better person. He has taken responsibility for his actions and has been courageous in the face of relentless media scrutiny. When I expressed concern for his mental health and asked if he had suicidal thoughts, he told me that was the easy way out and he would not take it. He said he has two small children to live for. His reputation, marriage and career have all been ruined by his actions but I believe he still has much to offer. I do not think society will benefit from his extended incarceration. He is an articulate spokesperson who wants to make a positive contribution to society. I hope that will be a factor in your sentencing decision.

Thank you.

Sincerely,

Marlene Zendell Calderon

November 10, 2015

The Honorable Tanya Walton Pratt

46 East Ohio Street

Room 330

Indianapolis, IN 46204

Dear Judge Pratt,

My name is Adam Fogle. I am writing this letter to ask for your lenience in the sentencing of my older brother Jared Fogle. For weeks I have struggled with internal conflict in determining the content of this letter. I have not always had a close relationship with Jared. I am deeply ashamed and disappointed with his actions that will lead to his imprisonment.

It is however my duty as a close knit immediate family to offer a few of my thoughts. He is my brother, I love him. Jared has lost almost everything. He has endured a greater amount of public humiliation, denigration, and financial loss than most any normal criminal facing similar charges.

I have seen him transform from a selfish, arrogant, entitled, pseudo-celebrity spokesperson of a sandwich chain with everything that a normal person could have wanted to a shell of a human being and his former self. He has appeared contrite to me and I am likely his toughest critic. He is a disturbed individual who's formative years were spent in isolation and had a lasting effect on his social irresponsibility and reckless behavior I ask you to take careful consideration in your sentencing on November 19th.

Jared's parents and his children will undoubtedly face the biggest loss. They are all tremendous people that need their son and father in their lives. I realize that Jared deserves punishment for the crimes he has committed, but only time will tell if he can repair those relationships that he has destroyed. I only request that you consider the immense fall from grace that he has endured in the months following the raid of his home.

Respectfully,

Adam S. Fogle

November 9, 2015

The Honorable Tanya Walton Pratt
46 East Ohio Street, Room 330
Indianapolis, IN 46204

     I am Jared Fogle's Great Uncle and I felt compelled to write to you upon learning many people were sending letters to your chambers asking you to impose the maximum sentence allowed under the law. While this is a right centered within your authority, I would ask of you to consider the following. I have known Jared since he was born and have followed his climb to fame with great pride. His time spent in high school as well as the last three and a half years of college were filled with ridicule because of his heavy weight. His climb to fame began the latter part of his last year of college. He gained attention his last year of college after his enormous weight loss, and the entire family was so happy for Jared.

     While I certainly do not condone any of the conduct admitted by Jared, I find the admission and conduct deplorable.

     I do want to point out that Jared has done much good, speaking to youth groups and other public speaking pro-bono regarding the benefit of healthy living and the consequences of obesity. There was a time when I even had the opportunity to watch him help the parents of an obese child. Additionally, I witnessed his time spent as a father to his two children giving of himself, correcting and loving them as the situation dictated – being a positive role model.

     Last and most important observation I would like to make is that there is no sentence you can impose that will be as harsh as the one he will serve when he is finally released.

     Upon his eventual release there will be no place for him to hide from the community. Jared will be lonely and forever will be remembered for his actions - he will most likely never be employable and will most likely lose whatever wealth he has left to his soon to be ex-wife and the victims, as well as losing his children.

     There are never any winners! But only victims! You have the power to turn the tide and prevent future harm. If Jared is given the maximum sentence, his children will grow up without the guidance only a father can provide.

     There is no sentence you can impose that will be harsher than what he will endure for the rest of his life. I ask for the sake of his two young children. The maximum sentence will only hurt them all. I would also like to recommend that Jared receive some medical counseling for his actions - those actions I have never witnessed.

     Thank you Your Honor, for reading this letter and for your possible consideration.

Sincerely,

Marvin Zuckerberg
Great Uncle to Jared

November 3, 2015

The Honorable Tanya Walton Pratt
U.S. District Court for the Southern District of Indiana
46 East Ohio Street, Room 300
Indianapolis, Indiana 46204

RE:  Jared Fogle

Dear Judge Pratt:

I am Jared Fogle's aunt, his father's sister.  I understand Jared must be held accountable for his
actions.  His highly publicized, deviant conduct is just a small part of the whole man.  I want to
share my perspective on the other sides of Jared.

Jared was the first grandchild on both sides of his family.  Growing up, he was always a positive
role model for his younger siblings and cousins with his love of family, academic achievements,
and sense of humor.  We celebrated many holidays and birthdays together with Jared and his
family.

Jared began to gain weight in grade school.  He played tennis for several years, but eventually
gave it up as the pounds added up.  Like many overweight children, Jared felt isolated because
he was different from his peers.  He had one or two close friends during middle school, high
school and into college, and he did not date until he lost weight in college.

By living in a building with a Subway restaurant and by sheer determination and will power,
Jared lost 245 pounds in college. Life changed for him, as he finally fit in with his peers.
Through his Subway journey, he chose to keep his home in Indianapolis and remain close with
our family.  I remember the famous Subway Guy driving his grandmother to the beauty shop
when she was unable to drive herself.  The same down to earth Jared was at family dinners, only
now he was sharing his exciting experiences as a famous spokesperson.  He was generous in
giving family members tickets to sporting events or by taking them with him to games or on trips
for different work engagements.

As the Subway spokesperson, Jared was featured at many American Heart Association walks and
community gatherings in Indianapolis, nationally and globally.  Between personal appearances
and television commercials, it is impossible to count the number of people affected by Jared
choosing to share his weight loss story.  Individuals gained the courage to start and maintain
their own weight loss journeys.  He helped millions of people improve their lives through a
healthy diet and exercise.

I have known the loving family-minded Jared for 38 years and the inspiring, professional Jared
for 15 years.  This man is still at the heart and core of Jared Fogle.

Sincerely,

Marilyn Bercovitz
Marilyn Bercovitz
9064 Dewberry Court
Indianapolis, Indiana 46260

The Honorable Tanya Walton Pratt

U.S. District Court, 7th District of Indiana

46 E. Ohio St.  Room 300

Indianapolis, Indiana  46204


Your Honor:

As Jared's mother, I would like to tell you about Jared's remarkable ability to motivate and inspire.

Over the years, Jared has invited me to accompany him on a few of his speaking engagements, when he was invited to talk to school aged children.  As a part of his long tenure with Subway, Jared visited many schools , during which he educated the students about the importance of healthy eating and exercise. Jared truly connected with these children.  As he told his own personal story about growing up as an obese child and teen, the students sat in rapt attention.  He so wished to make a difference in the quality of their lives.  He spoke from the heart and was always well received.  Over the years, Jared has been  sent many personal letters of thanks from those who were inspired to change their lifestyles and eating habits.

In February of 2014, The Indianapolis Star featured an article about Eric Ekis, a teen from Franklin, Indiana who was struggling to lose weight.  He weighed 510 lbs.  Jared heard about this young man's struggles, and took it upon himself to personally contact Eric to offer his encouragement and to relay his own struggles with obesity.

Jared's ability to speak and to motivate and inspire is truly a gift. Despite all that has transpired these past few months, I am still proud of all he has accomplished in his journey to help children lead a healthy lifestyle.

Respectfully,

Adrienne Fogle

Jessica R. Fogle, LCSW, LCAC

13888 Silver Stream Drive
Carmel, IN 46032
317-258-6982
jessie.fogle@gmail.com

November 4, 2015

The Honorable Tanya Walton Pratt
46 East Ohio Street, room 330
Indianapolis, IN 46204

Dear Judge Pratt:

I am writing this letter in regard to my brother-in-law, Jared S. Fogle. I have been married to Jared's brother, Adam, for nearly 8 years and have known Jared for over 10 years. I know Jared as a brother-in-law, a brother, a son, a father, an uncle, and a friend. He is not "Subway Jared" to me. He is "Yafari" (as my husband calls him…a play on his Hebrew name, which was given to him as an infant) or "Uncle Jared" (as my kids call him).

I have celebrated holidays with Jared. My family and I have traveled with Jared. I was there for the birth of his children…his children who are more like siblings than cousins to my 6 year old daughter and 3 year old son. Jared volunteered his time to speak at the school where I was formerly employed to work with at-risk youth.

I am a mental health therapist. Upon Jared pleading guilty to the charges brought against him, he and I had very candid conversations about his behavior and mental health. Jared shared with me that he respects my opinion as a clinical social worker and addictions counselor and would welcome my feedback and referrals for mental health treatment. I gave him a referral to a therapist, and Jared promptly followed-through with starting services.

I respectfully request that you take Jared the brother-in-law, the brother, the son, the father, the uncle, the friend…the human being into account when sentencing him. Jared is a human being who broke the law, and I firmly believe that he deserves consequences for his actions. Jared, in accepting a plea agreement, also firmly believes he deserves consequences for his actions. Those consequences far-exceed the courtroom and prison. Socially and interpersonally, Jared has lost almost everything. Both he and I completely understand that this loss is due to his actions. And please know that his consequences do not stop upon release from prison. For the rest of his life, he will have to rebuild the trust that he has violated. America hates my brother-in-law. He knows that and will face the social consequences of this hatred for the rest of his life. As a result of Jared's past decisions, my husband and I struggle to trust him. Quite honestly, we don't trust him. But, we want Jared to have the opportunity to regain our trust. If your mercy allows him the opportunity to re-join our family, we will support and encourage him to be a trustworthy individual both within our family and society. He has the capacity to be a trustworthy individual. Please allow him this opportunity.

Respectfully,

Jessica R. Fogle, LCSW, LCAC

Jessica F. Yates

10311 Randall Drive

Carmel, IN 46033

812-369-1559

jessicafyates@gmail.com

November 6, 2015

The Honorable Tanya Walton Pratt

46 East Ohio Street, room 330

Dear Judge Pratt:

The past few months have been some of the most difficult months of my life. I am saddened, horrified, and appalled at my brother's actions. The Jared who has been spotlighted in the media during recent days is quite different from the Jared I have always known. As Jared's sister, I'm writing this letter to shed some light on my older brother and the Jared I know and love.

The Jared I know is kind, loving, and generous.  As a seven year old, he took me to the pet store to get my first pet, a bunny rabbit named Butterscotch. The Jared I know is my favorite travel companion. We have spent many summers flying together to visit family on the east coast. The Jared I know would comfort me when I was scared and let me sleep in his room when I woke up from a nightmare and couldn't get back to sleep.

I have always admired Jared's intelligence and have consulted with him regularly on a wide variety of topics and there is no one I would rather talk to about the details of a vacation or dining experience. Even as we both entered adulthood, got married, and had children of our own, our closeness never wavered. We continued to get together regularly with our growing families to travel, enjoy meals together, watch our favorite sports teams, and go to movies. Jared wasn't just there for me through the good times, either. When we had a family crisis involving our mom, Jared was comforting and supportive to me and even took me on a trip to decompress and recharge my spirit.

In closing, I appreciate you taking into account the Jared I know: the kind, generous, loving, thoughtful, intelligent, knowledgeable, supportive older brother. It's clear that he is sick and needs mental health treatment, but I do believe he deserves to be punished for his actions. I have no doubt that the Jared I know will emerge from his sentence and successfully re-enter society as a better, healthier person with his family by his side.

Thoughtfully,

Jessica Yates

November 4, 2015

Dear Honorable Tanya Walton Pratt

Re: Character Reference for Jared Fogle

I've known Jared Fogle for over 10 years. I met him at a Subway Conference in San Antonio, Texas. We quickly developed a friendship through our mutual interests in Sports and Travel.

I'm providing this reference in full knowledge of Jared's charges. Jared told me, when he was searched and eventually charged with his actions. We've discussed it regularly the past several weeks and he's expressed to me his shame and remorse for pain he's caused.

The nature of the offences are very surprising as I've always found Jared to be loving and caring person. By way of example, during the first couple of years getting to know each other and on a trip to Indianapolis, I received news of my Aunt in the hospital on life support. At that time without Jared knowing the severity of the situation, the first word out of his mouth were "What can I do to help you David." I told him It wasn't

(1)

me who needed the help, it was my dad. Jared
took it upon himself to work with my dad and
fly him out to California to see his sister. Because
of quick actions my dad was able to be with his
sister in the hospital, holding her hand when she passed.
His actions to help my family in the blink of an eye
made him a friend for life.

The above example is just one of dozens he's done
for family and friends throughout the years without
blinking an eye. In all the years we've been friends,
he's respected me and my opinion, cared for me and
loved me as friends should.

I share in Jareds embarrassment of the offences
his commited and am confident he takes
responsibility for his actions and move on to continue
with any and all rehabilitation for his illness

Your honour...... I am confident he will not reoffend!!

With my Warmest Sincerity,

David J Lambo

(2)

Doreen Gray
911 West Point Drive
Indianapolis, Indiana 46268


Dear Judge Pratt,

I am happy to be given the opportunity to tell you about the Jared Fogle I have known since he began his Jewish Education at Congregation Beth-El Zedeck.

I have been involved in education close to forty years, retiring two years ago. I ended my career teaching four year olds at the synagogue. Prior to that, I was the Education Director at Beth-El Zedeck for many years. In my position I served as the Principal of the Religious School and oversaw other Educational Activities at the synagogue.

Jared began his Jewish Education in Kindergarten and attended through tenth grade. He had his Bar Mitzvah at age 13 and was confirmed at age 16. Jared was an excellent student and always appeared happy to be there. For the remainder of his high school years he assisted his mother on Sunday mornings who was teaching first grade in our religious school. He was kind and gentle, always volunteered if I needed help. As a matter of fact Jared received a service award at confirmation for all his volunteering.

It appeared to me that Jared came into his own in college when he lost two hundred and fifty pounds. He was so proud of himself when he came to my office to show me his accomplishment. A new outgoing young man appeared. It was quite a feat at that age on campus where most everyone gains weight. His self-esteem soared. He became The Subway spokesman and was revered wherever he went. We, his family and friends were so proud of his achievements.

I cannot talk about Jared without letting you know about his parents, brother, sister and their families. They are all wonderful people devoted to each other. Jared often included each of them in places he traveled. They are all highly educated people who are well respected in our congregation. His mom is a teacher and his father a physician. They are very generous in their giving to the synagogue and community and have taught their children by example. Both of Jared's parents taught in our Religious School for a number of years.

I have been friends with the family for many years sharing good family times together. I care a great deal about Jared. Family and friends are trying to cope with what has transpired.

I realize he is sick and will need extensive therapy. He is not a monster! My hope and prayer for him is that he will receive the necessary treatment. I, of course, realize he will have to serve a sentence but please take into account that he needs help. Thank you so much.

The Honorable Tanya Walton Pratt
US District Court
7th District
46East Ohio Street Room 300
Indianapolis, Indiana, 46204

Dear Judge Pratt,

Thank you for the opportunity to write to you before the sentencing of my son Jared Fogle. I am a practicing family physician in Indianapolis.

Everyone, including me, must open such a letter with the statement "The last four months have been the most difficult time I have ever spent in dealing with Jared's FBI investigation, his plea agreement, and his house arrest at my home ." I want to give you some insight into my son that will let you know him as I and our family have known him throughout his life.

Prior to this disappointing and embarrassing chapter of his life, Jared was a stellar citizen. He was never in in any trouble growing up and had no legal issues.

As an obese child, starting at age nine, which then progressed to a malignant stage by college, he somehow developed an inner strength to deal with the snide remarks and innuendos made by complete strangers and classmates. He also had the strength to deal with the isolation and frank loneliness of someone with limited friends, limited social life, and most likely limited prospects of success in the future.

The solace and control he found was through eating, which gave him control over something in his life as he maxed out at 420 pounds. Through all this he never complained, and never seemed to feel sorry for himself, always suffering in silence. He bravely dealt with the humiliation of needing to find special seating in crowded college lecture halls, and searching for parking spots with enough space for him to get in and out of his car. He repeatedly broke swivel chairs at home and captain seats in the family car.

He always had time for his little sister and the few friends he had who would accept him for the nice, thoughtful person he was.

I know the current struggle he is going through has been the worst time of his life, but he has shown courage and remorse in dealing with the public humiliation, which I guess goes along with his being somewhat of a public figure. Again, he has accepted his fate the same way he accepted his life as an obese teenager and young adult.

I appreciate the chance to give you another side of my son, which I hope will aid you in deciding his ultimate fate.

Sincerely,

*Norman L Fogle*

Norman L . Fogle