# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 9, 2016

Before:   JOEL M. FLAUM, Circuit Judge
          DANIEL A. MANION, Circuit Judge
          JORGE L. ALONSO, District Court Judge*

CERTIFIED COPY

| No. 15-3770 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JARED S. FOGLE,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cr-00159-TWP-MJD-1<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

_____
*The Honorable Jorge L. Alonso, United States District Court for the Northern District of Illinois, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)